# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH:<br><br>inloveyesss@gmail.com<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE INC. | Case No.: 2:18-mj-00898-NJK<br><br>**ORDER**<br>(Docket No. 1) |

Pending before the Court is the United States' motion to unseal the instant case, including the search warrant and all related documents. Docket No. 1.

For good cause shown, the United States' motion to unseal, Docket No. 1, is **GRANTED**. The Clerk's Office is **INSTRUCTED** to unseal the instant case, including the search warrant and all related documents.

IT IS SO ORDERED.

DATED: November 1, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE